IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00778-MSK-MEH

TIFFANY VICTORIA AGUILAR,
THE ESTATE OF JESUS OCTOVIO AGUILAR,
DANIEL LUCIANO AGUILAR, and
JUANITA VARGAS,

    Plaintiffs,

v.

TED MINK, Jefferson County Sheriff,
RAY FLEER, Undersheriff,
JOHN BURKARD, Deputy,
PATSY MUNDELL, Division Chief,
JEFF SCHRADER, Division Chief,
DAN GARD, Division Chief,
SCOTT POCSIK, Division Chief, and
THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF JEFFERSON,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    PURSUANT to the Order [Docket No. 36] of Chief Judge Marcia S. Krieger entered on October 28, 2013, it is

    ORDERED that the Report and Recommendation is ADOPTED.  It is

    FURTHER ORDERED that Defendants' Motion to Dismiss is GRANTED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Ted Mink, Ray Fleer, John Burkard, Patsy Mundell, Jeff Schrader, Dan Gard, Scott Pocsik, and the Board of County Commissioners for the County of Jefferson, and against Plaintiffs, Tiffany Victoria Aguilar, the Estate of Jesus Octovio Aguilar, Daniel

Luciano Aguilar, and Juanita Vargas. It is

FURTHER ORDERED that plaintiffs' Complaint and this civil action are DISMISSED WITH PREJUDICE.

DATED at Denver, Colorado this 4th day of November, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk